UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Charles Edward Allen, Jr.<br>aka Charles E. Allen<br>      Debtor, | CASE NO.: 22-10418-SDB<br><br>CHAPTER 13 |

## ORDER ON SECURED CREDITOR'S MOTION TO APPROVE LOAN MODIFICATION

This matter is before the Court via the Secured Creditor's "Motion To Approve Loan Modification" ("the Motion"), which was filed in the above-styled Chapter 13 case on October 31, 2022 (Docket #27). The Motion requests that the Court allow the Debtor to modify the loan on the Debtor's real property located at 2128 Willhaven Dr., Augusta, GA 30909 with Planet Home Lending, LLC. The Debtor and Secured Creditor have entered into a Subordinate Partial Claim Note and Security Deed in the principal amount $10,724.06 to bring the account contractually current. The principal amount owed under the current loan the amount was

$223,769.42 with current interest rate is 2.8750%. The monthly payment is $1,117.72. Neither counsel for the Debtor nor counsel for the Chapter 13 trustee have presented opposition to the Motion. Based upon the foregoing, the record in this case, and good cause shown:

IT IS HEREBY ORDERED that the Secured Creditor's "Motion to Approve Loan Modification" is GRANTED.

**[END OF ORDER]**

**Presented By:**

/s/ _Andrea L. Betts_
Andrea L. Betts
GA Bar # 432863
Robertson, Anschutz, Schneid Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425
E-mail: abetts@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 2, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Charles Edward Allen, Jr.
2128 Willhaven Dr.
Augusta, GA 30909

**And via electronic mail to:**

Angela Williams Seymour
Seymour & Associates PC
P O Box 3230
Evans, GA 30809

Huon Le
P.O. Box 2127
Augusta, GA 30903

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

Date: November 2, 2022

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

/s/ Andrea L. Betts
Andrea L. Betts
Georgia Bar # 432863
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: abetts@raslg.com