# United States Bankruptcy Court
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of: ) | |
| Charles Edward Allen, Jr., ) | |
| ) | Chapter 13   Case No. 22-10418 |
| Debtor(s) ) | |

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Pursuant to 11 U.S.C. § 1329, a proposed modification to the plan has been filed in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected.

"Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection." 11 U.S. C. § 1323(c) (made applicable by § 1329(b)(1)).

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service, pursuant to Fed. R. Bankr. P. 3015(h).

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.  You must also send a copy of your objection to the Proponent(s) of the modification. If a timely objection is filed, you will receive notice of the date, time and place of a hearing.  If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: July 2, 2025                                  /s/ Matthew James Duncan
                                                             Attorney for Proponent(s) of Modification

Dana M. Wilson, Clerk
United States Bankruptcy Court
Southern District of Georgia

[Rev. January 2024]

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:   Charles Edward Allen, Jr.,                                    Chapter   13
                                                                       Case No.  22-10418

      Debtor(s).

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. Charles Edward Allen, Jr., the Proponent(s) of the modification, file(s) this motion to modify the plan confirmed previously in this case as follows:

   a. Increase payments as follows:

   b. Decrease payments as follows:

   c. Surrender of Collateral. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of this proposed modification. The Proponent(s) request(s) that upon confirmation of the plan, as modified, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of the plan if the creditor amends its previously-filed, timely claim within 180 days from the entry of the order confirming this proposed modification or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| Prestige Financial Services. | 2016 Chevrolet Colorado | In full satisfaction of Proof of Claim 16, and any and all related claims and causes of action |

   d. Other Provisions:

2. Proponent(s) assert(s) as the basis for the modification the following facts: Debtor's vehicle is no longer operational and Debtor is submitting a request to incur debt for the purchase of a new vehicle. Debtor has not yet prepared an amended budget and will do so in conjunction with said request.

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

<u>July 2, 2025</u>                                  /s/ *Charles Edward Allen, Jr.*
*Date*                                              *Proponent 1*

                                                    _____
                                                    *Proponent 2*

Revised 12/1/2017                                                         Form 2017-4-B